IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Angela Isabella,

    Plaintiff

v.                                                 C.A. No. 21-01378-MPK

All-State Career School, Inc.

    Defendant.

**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated by and between Plaintiff, Angela Isabella, and Defendant, All-State Career School, Inc., that the above-captioned action is hereby settled and voluntarily dismissed with prejudice.

Respectfully submitted,

*/s/ Joshua P. Ward*
Joshua P. Ward
J.P. Ward & Associates, LLC
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
(412) 545-3015
jward@jpward.com

Counsel for Plaintiff

*/s/Linda B. Dwoskin*
Linda B. Dwoskin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2721
Linda.dwoskin@dechert.com

Attorney for Defendant

SO ORDERED, this 8th day of August, 2022

_____
Maureen P. Kelly
United States Magistrate Judge